JOE BUTLER, *Plaintiff in Error*, v. STATE OF FLORIDA, *Defendant in Error.*

Division B.

Decision Filed July 20, 1927.

*Philip D. Beall* and *J. McHenry Jones,* for Plaintiff in Error;

*J. B. Johnson,* Attorney General, and *H. E. Carter,* Assistant, for the State.

PER CURIAM.—There appears in the record substantial evidence to sustain the verdict and there appears to have been no material or harmful error committed in the progress of the trial.

The judgment should be affirmed on authority of the opinion in the case of Roberts v. State, filed in this Court, April 28th, 1926, and reported in 108 So. 556, and it is so ordered.

Affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.